# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | 8:16CR358 |
| vs. | ) | |
| | ) | ORDER |
| JAMES HOLBERT, | ) | |
| Defendant. | ) | |

This matter is before the court on the government's Motion to Continue Trial [27]. The parties are involved in ongoing plea negotiations. The defendant does not oppose the continuance. Good cause being shown, the motion shall be granted and the trial shall be continued.

**IT IS ORDERED** that the motion to continue trial is granted, as follows:

1. The jury trial currently scheduled set for May 30, 2017 is continued to **July 11, 2017.**

2. The time between May 15, 2017 and the commencement of trial is deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason that in continuing trial the ends of justice outweigh the best interest of the public and Defendant in a speedy trial and for the reasons set out in the government's motion to continue trial, See 18 U.S.C. § 3161(7)(A).

3. A party may object to this order by filing an "Objection to Magistrate Judge's Order" no later than **May 29, 2017.** The objecting party must comply with all requirements of NECrimR 59.2.

**DATED May 25, 2017.**

BY THE COURT:

s/ Susan M. Bazis
**United States Magistrate Judge**