**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | **8:16CR358** |
| **vs.** | |
| **JAMES HOLBERT,** | **ORDER** |
| **Defendant.** | |

The government has filed a Motion to Dismiss the Forfeiture Allegation [40].  For that reason, the motion is granted.


IT IS ORDERED:

1.     The forfeiture allegation of the Indictment [1] is dismissed, without prejudice.


Dated this 25th day of October, 2017.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge